UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE MONTEEK EDWARDS,

    Petitioner,

v.

THOMAS WINN,

    Respondent.
_____/

Case Number: 2:19-CV-10376

HON. DENISE PAGE HOOD

## ORDER DENYING MOTION FOR RECONSIDERATION (#89) AND APPLICATION TO PROCEED WITHOUT PREPAYING FEES ON APPEAL (#90)

This matter is once again before the Court a Motion for Reconsideration and an Application to Proceed Without Prepaying Fees or Costs on appeal. **(ECF Nos. 89, 90)** On March 31, 2022, an Opinion and Order denying the Petition for Writ of Habeas Corpus was filed, along with a Judgment. **(ECF Nos. 42, 43)** Petitioner has since filed several post-judgment motions and appeals to the Sixth Circuit Court of Appeals.

Petitioner seeks reconsideration of this Court's latest Order entered on April 4, 2025 denying the Motion for Court to Nullify its March 5, 2025 Order for Lack of Jurisdiction and the Motion for Reconsideration of Opinion and Order under Rule 54(b). **(ECF No. 86)** The Court, having found it lacked jurisdiction over

Petitioner's Motions, again so finds. *Id.* at PageID.85-.86 ("(ECF No. 75, Order, *In re Andre Monteek Edwards,* Case No. 23-2064 (6th Cir. Aug. 6, 2024)). The Sixth Circuit, having addressed Petitioner's seventh ineffective-assistance of counsel claim and declined to remand the matter to this Court to address the issue, the Court finds it has no authority to now review the claim.").

For the reasons set forth in its April 4, 2025 Order,

IT IS ORDERED that the Motion for Reconsideration **(ECF No. 89)** is DENIED.

IT IS FURTHER ORDERED that the Application to Proceed Without Prepaying Fees or Costs on Appeal **(ECF No. 90)** is DENIED, the Court finding that a certificate of appealability not issue in this matter because reasonable jurists would not find this Court's assessment of Petitioner's motions to be debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2); Rules Governing § 2254 Cases, Rule 11(a), 28 U.S.C. foll. § 2254.

                                            s/Denise Page Hood
                                            DENISE PAGE HOOD
                                            United States District Judge

Dated:  June 18, 2025